EUGENE S. WOOD, Respondent, *v.* PORTUS R. ORDWAY, Appellant.

*Wood* v. *Ordway*, 143 App. Div. 978, affirmed.
(Argued December 10, 1912; decided December 31, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 15, 1911, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action for services.

*Clarence W. Smith* for appellant.

*A. C. Taylor* for respondent.

Judgment affirmed, with costs, no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, CHASE and COLLIN, JJ.; WILLARD BARTLETT, J., dissents on the ground that the plaintiff's books were not sufficiently proved.